UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**BR HOTELS 10 LLC**                                             CIVIL ACTION

**VERSUS**                                                       NO. 22-655-BAJ-EWD

**AMGUARD INSURANCE
COMPANY**

## TELEPHONE CONFERENCE REPORT AND ORDER

A telephone conference was held on December 6, 2023 before Magistrate Judge Erin Wilder-Doomes with the following participants:

| | | |
|---|---|---|
| **PRESENT:** | **John Mark Fezio**<br>**Scott Douglas Peebles**<br>Counsel of Plaintiff,<br>BR Hotels 10 LLC | **Mary Ellen King**<br>Counsel for Defendant,<br>AmGUARD Insurance Company |
| | **Nupen Patel**<br>Representative for Plaintiff,<br>BR Hotels 10 LLC | |

The conference was scheduled by the Court to discuss the Amended Motion to Withdraw as Counsel for Plaintiff BR Hotels 10 LLC dba La Quinta Inn & Suites ("Motion to Withdraw"), in which the Pandit Law Firm LLC, Robichaux, Mize, Wadsack, Richardson & Watson, LLC, and their attorneys of record in this case, John Mark Fezio, Peter Newton Freiberg, Rajan Pandit, Scott Douglas Peebles, and Matthew Martin Mize, seek to withdraw as counsel of record for Plaintiff BR Hotels 10 LLC.[1]

During the conference, the Court advised Plaintiff's representative, Nupen Patel, that an entity cannot represent itself in federal court and asked whether Plaintiff has retained new counsel. Mr. Patel advised that he is actively seeking new counsel, but counsel has not yet been retained. He anticipates having counsel retained by the end of the month. Based on Mr. Patel's

---

[1] R. Doc. 43.

cv38aT0:10

Cert Mail 7020 0640 0001 4750 5333

representations and the fact that the scheduling order contains a January 31, 2024 deadline for filing dispositive and Daubert motions in the case,[2] Plaintiff will be ordered to enroll new counsel of record on or before December 29, 2023. The Court also granted the Amended Motion to Withdraw.

**IT IS ORDERED** that the Amended Motion to Withdraw as Counsel for Plaintiff BR Hotels 10 LLC DBA La Quinta Inn & Suites[3] is **GRANTED.** The Clerk of Court shall **TERMINATE** Pandit Law Firm LLC, Robichaux, Mize, Wadsack, Richardson & Watson, LLC, and their attorneys of record in this case, John Mark Fezio, Peter Newton Freiberg, Rajan Pandit, Scott Douglas Peebles, and Matthew Martin as counsel of record in this case for Plaintiff BR Hotels 10 LLC dba La Quinta Inn & Suites.

**IT IS FURTHER ORDERED** that Plaintiff BR Hotels 10 LLC DBA LaQuinta Inn & Suites must enroll new counsel of record in the matter by no later than **December 29, 2023**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall transmit a copy of this Telephone Conference Report and Order to Nupen Patel, 10555 Reiger Road, Baton Rouge, Louisiana 70809 by regular and by certified mail, return receipt requested.

Signed in Baton Rouge, Louisiana, on December 11, 2023.

          **ERIN WILDER-DOOMES**
          **UNITED STATES MAGISTRATE JUDGE**

---

[2] R. Doc. 32.
[3] R. Doc. 43.