UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BR HOTELS 10 LLC D/B/A LA QUINTA INN & SUITES     CIVIL ACTION

VERSUS

AMGUARD INSURANCE COMPANY     NO. 22-00655-BAJ-EWD

## JUDGMENT

Considering the Parties' **Joint Stipulation Of Dismissal With Prejudice (Doc. 50)**, which the Court construes as a stipulation of dismissal signed by counsel for all remaining parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Baton Rouge, Louisiana, this 3rd day of January, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JURY